# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SIBRIAN SERRANO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PARLIER, et al.,<br><br>Defendants. | Case No. 1:25-cv-00343-JLT-SAB<br><br>ORDER REGARDING STIPULATION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 13) |

Pending before the Court is the timely stipulation from the parties to modify the non-expert discovery cut-off date in the scheduling order for the limited purpose of taking the depositions of Plaintiff and percipient witness Silvia Reyes.  (ECF No. 13.)  It appearing that the parties are diligently engaging in expert discovery, and good cause otherwise appearing, the Court approves the stipulation.  The Court ORDERS that the non-expert discovery cut-off date is continued to August 3, 2026, for the limited purpose outlined above.  The scheduling order (ECF No. 12) otherwise remains controlling.

IT IS SO ORDERED.

Dated:   **July 2, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge