# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SIBRIAN SERRANO,<br>Plaintiff,<br>v.<br>CITY OF PARLIER, et al.,<br>Defendants. | Case No. 1:25-cv-00343-JLT-SAB<br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br>(ECF No. 15)<br>**OCTOBER 29, 2026 DEADLINE** |

On October 8, 2026, Plaintiff filed a notice of settlement, informing the Court that a settlement has been reached and that dispositional documents will be filed within twenty-one days. (ECF No. 15.)

Accordingly, pursuant to the notice, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED. Plaintiff shall file dispositional documents **no later than October 29, 2026**. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **October 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge